IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WERNER HOLDING CO. (DE), INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 06-10578 (KJC) <br><br> (Jointly Administered) |

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' DESIGNATION OF DOCUMENTS FOR THE RECORD AND STATEMENT OF ISSUES ON APPEAL

The Official Committee of Unsecured Creditors (the "**Committee**") appointed in the Chapter 11 cases of Werner Holding Co. (DE), Inc., and its related debtors and debtors in possession (collectively, the "**Debtors**"), hereby files this Designation of Documents for the Record and Statement of Issues on Appeal in connection with its appeal from the *Order Re: Motion For Order Authorizing Debtors To Honor Pre-Petition Incentive-Based Bonus Plans* dated August 22, 2006, and entered on the docket on August 23, 2006 as Docket Entry No. 357 (the "**Order**").

### Designation of Documents for the Record

| | Bankruptcy Case Docket No. | Description |
|---|---|---|
| 1. | 138 | Motion to Authorize Debtors to Honor Prepetition Incentive-Based Bonus Plans Pursuant to Sections 363 and 105 of the Bankruptcy Code |
| 2. | 207 | Objection to Motion for Order Authorizing Debtors to Honor Pre-Petition Bonus Plans |
| 3. | 225 | Reply to United States Trustee's Objection to Debtors' Motion to Authorize Debtors to Honor Prepetition Incentive-Based Bonus Plans Pursuant to Sections 363 and 105 of the Bankruptcy Code |
| 4. | 236 | Objection to Debtors' Motion to Honor Prepetition Incentive Based Bonus Plans and Request for Continuance |

| 5. | 238 | Reply To Objection to Debtors' Motion to Honor Prepetition Incentive Based Bonus Plans and Request for Continuance |
| --- | --- | --- |
| 6. | 259 | Order Granting Partial Relief Requested in Debtors' Motion Seeking Authority To Honor Prepetition Incentive-Bases Bonus Plans |
| 7. | 331 | Statement in Support of Certain Relief Requested with Respect to Debtors' Motion for Entry of Order Authorizing Debtors to Honor Prepetition Incentive-Based Bonus Plans |
| 8. | 333 | Statement of Second Lien Committee Regarding Debtors' Motion for Authority to Honor Prepetition Incentive Based Bonus Plans |
| 9. | 334 | Supplemental Objection to Debtors' Motion for Authorization to Honor Certain Prepetition Bonus Plans |
| 10. |  | Transcript of Hearing Before The Honorable Kevin J. Carey, Held on July 25, 2006 |
| 11. | 396 | Transcript of Hearing Before The Honorable Kevin J. Carey, Held on August 17, 2006 |
| 12. | 397 | Sealed Transcript Of Hearing Before The Honorable Kevin J. Carey, Held on August 17, 2006 |
| 13. |  | All exhibits entered into evidence at the hearing held on August 17, 2006 |
| 14. | 357 | Order Re: Motion For Order Authorizing Debtors to Honor Pre-Petition Incentive-Based Bonus Plans |

## Statement of Issues on Appeal

1. Whether the Bankruptcy Court erred in determining that the Debtors' proposed Prepetition Incentive-Based Bonus Plans were "largely an incentive plan," governed by 11 U.S.C. § 503(c)(3), and not key employee retention plans, governed by 11 U.S.C. § 503(c)(1).

2. Whether the Bankruptcy Court erred in its application of the "justified by the facts and circumstances of the case" standard as set forth in 11 U.S.C. § 503(c)(3).

3. Whether the Bankruptcy Court erred in its determination that the Debtors had established that implementation of the proposed Prepetition Incentive-Based Bonus Plans was justified by the facts and circumstances of the case in accordance with 11 U.S.C. § 503(c)(3).

4. Whether the Bankruptcy Court erred in ruling that there was sufficient evidence to grant the Debtors' request to pay the Prepetition Incentive-Based Bonus Plans, as modified by the Court's order of August 22, 2006.

Dated: September 11, 2006
Wilmington, Delaware

COUNSEL FOR APPELLANT, OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

*Monica L. Loftin* (signature)

Monica Leigh Loftin, Esq. (No. 3409)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Tele: (302) 661-7000
Fax: (302) 661-7360

- and –

Nancy A. Mitchell, Esq.
David W. Baddley, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435

- and -

Joseph P. Davis III, Esq.
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001

bos-fs1\200747v01