IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   3

IN RE: Werner Holding Co. (DE) Inc., et al.

---

|  |  |
|---|---|
| Official Committee of Unsecured Creditor ) | |
| ) | |
| Appellant ) | Civil Action No.   06-611 |
| v. ) | |
| ) | |
| ) | |
| Werner Holding Co. (DE) Inc., et al. ) | |
| ) | |
| Appellee ) | Bankruptcy Case No. 06-10578 |
| | Bankruptcy Appeal No. 06-58 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 8/22/06 was docketed in the District Court on 9/29/06:

> Order Re: Motion For Order Authorizing Debtors To Honor Pre-Petition Incentive-Based Bonus Plans

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   September 29, 2006

To:   U.S. Bankruptcy Court
Counsel