# WERB & SULLIVAN

ATTORNEYS AT LAW
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS

300 DELAWARE AVENUE
P.O. BOX 25046
WILMINGTON, DELAWARE 19899
TELEPHONE: (302) 652-1100
TELECOPIER: (302) 652-1111
Writer's E-Mail: bsullivan@werbsullivan.com

BRIAN A. SULLIVAN, P.A.

COURIER DELIVERY:
300 DELAWARE AVENUE
THIRTEENTH FLOOR
WILMINGTON, DELAWARE 19801

November 8, 2006

The Honorable Gregory M. Sleet
U. S. District Court for the
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

**HAND DELIVERED**

Re:  Werner Holding Co. (DE) Inc./Appeal by the
Official Committee of Unsecured Crditors
Case No. 06-10578 (GMS)

Dear Judge Sleet:

I am the Court-appointed Mediator in the above-referenced appeal from the Bankruptcy Court. Apparently, this case is an appeal that involves a legal issue for which the parties contend and agree that mediation is not appropriate. On a teleconference held by me on Thursday, October 26, 2006, both the Debtor and the Official Committee of Unsecured Creditors agreed on this point. Enclosed is a letter, dated November 1, 2006, by Counsel stating their opinion that mediation is not appropriate in this case and their request to bypass mediation.

Please let me know whatever I can do to assist the Court in further addressing this request.

As always, if Your Honor has any questions, please feel free to contact me. Thank you.

Respectfully,

Brian A. Sullivan

BAS/rg

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DiPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6688
DIRECT FAX: 302-576-3342
jwait@ycst.com

LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DiBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. McDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
KRISTEN R. SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTE T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. McLAUGHLIN, JR
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

November 1, 2006

**VIA TELECOPIER**
Brian Sullivan, Esquire
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899
Fax No.: 302-652-1111

Re:   Werner Holding Co. (DE), Inc./Appeal by the Official
      Committee of Unsecured Creditors, Case No. 06-10578(KGC)

Dear Mr. Sullivan:

I write in follow-up to our telephone conversation last Thursday regarding the mediation of the appeal filed by the Official Committee of Unsecured Creditors of Werner Holding Co. (DE), Inc. (the "Committee") of the Bankruptcy Court's "Order Re: Motion For Order Authorizing Debtors To Honor Pre-Petition Incentive-Based Bonus Plan" [Docket No. 357] (the "Order"). As we discussed in the teleconference, all of the payments which were authorized to be made pursuant to the Order have in fact been made with the consent of the Committee. As a result, the Debtors believe that the appeal filed by the Committee is moot and should be dismissed. As the Committee pointed out during the teleconference, the Committee does not agree with the Debtor's position that the appeal is moot. Nonetheless, both the Debtors and the Committee are in agreement that, at most, the appeal at this point only involves a legal issue for which mediation is not appropriate. The Debtors and the Committee believe that proceeding with the mediation at this point in time would result in an unnecessary waste of time

## YOUNG CONAWAY STARGATT & TAYLOR, LLP

Brian Sullivan, Esquire
November 1, 2006
Page 2

and resources of the Debtors' estates. Therefore the parties are requesting that no mediation be conducted with respect to this appeal. Please let us know how we should proceed under these circumstances. If you have any questions, please do not hesitate to contact me.

Very truly yours,

*[signature]*

Joel A. Waite

JAW:mjm
cc: Joseph Baio, Esquire (via telecopier)
      Diane Vuocolo, Esquire (via telecopier)