IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| WERNER HOLDING CO. (DE) INC., et al. | : | |
| Debtor | : | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | : : | |
| Appellant | : | |
| v. | : : | Civil Action No. 06-611 GMS Bankruptcy Court No. 06-10578 |
| WERNER HOLDING CO. (DE) INC., et al. | : | |
| Appellee | : | |

### ORDER

WHEREAS, on September 28, 2006, a Notice of Appeal from the bankruptcy court appealing the Order entered on August 22, 2006, by Judge Carey was filed (D.I. 1);

WHEREAS, on January 30, 2007, the court was informed by letter dated November 8, 2006, that the above-captioned matter is not suitable for mediation (D.I. 4).

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than March 1, 2007.

/s/ _____
UNITED STATES DISTRICT JUDGE

Dated: 1/31/07



FILED
JAN 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE