UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Appellant<br><br>v.<br><br>WERNER HOLDINGS CO. (DE), INC., et al.,<br><br>Appellee. | C.A. No. 06-611 (GMS) |

### STIPULATION OF DISMISSAL OF APPEAL

PLEASE TAKE NOTICE that Appellant Official Committee of Unsecured Creditors (the "**Committee**") appointed in the Chapter 11 cases of Werner Holding Co. (DE), Inc., and its related debtors and debtors in possession (collectively, the "**Debtors**"), and Appellee Debtors, by and through their undersigned counsel, pursuant to FED. R. BANKR. P. 8001(c)(2), hereby stipulate to the dismissal with prejudice of the above-captioned appeal from the United States District Court for the District of Delaware's *Order Re: Motion For Order Authorizing Debtors To Honor Pre-Petition Incentive-Based Bonus Plans* dated August 22, 2006, and entered on the docket on August 23, 2006 as Docket Entry No. 357, each party to bear its own costs.

[Signatures on next page]

DEL-FS1\165969v02

| | |
|---|---|
| Dated: February 21, 2007<br><br>__/s/_____<br>Victoria W. Counihan (No. 3488)<br>Dennis A. Meloro (No. 4435)<br>GREENBERG TRAURIG, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>Tel: (302) 661-7000<br>Fax: (302) 661-7360<br><br>-and-<br><br>Nancy A. Mitchell, Esq.<br>David W. Baddley, Esq.<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 2500<br>Chicago, IL 60601<br>Tel: (312) 456-8400<br>Fax: (312) 456-8435<br><br>Attorneys for Appellant, Official Committee of Unsecured Creditors | Dated: February 21, 2007<br><br>__/s/ Joel Waite_____<br>Robert S. Brady (No. 2847)<br>Joel A. Waite (No. 2925)<br>Matthew B. Lunn (No. 4119)<br>Kara Hammond Coyle (No. 4410)<br>Young, Conaway, Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br><br>-and-<br><br>Matthew A. Feldman, Esq.<br>Morris J. Massel, Esq.<br>WILLKIE FARR & GALLAGHER, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br><br>Attorneys for Appellee, Debtors |

SO ORDERED this ____ day of _____, 2007.

_____
Hon. Gregory M. Sleet, U.S.D.J.